UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

FILED

00 MAR -2 PM 4: 17

CLERK, U...
MIDDLE DIST... CF FLORIDA
JACKSONVILLE, FLORIDA

ROBERT WATERS,

Plaintiff

V.

CASE NO. 3:99-cv-900-J-21B

LIMP BIZKIT, a Florida general partnership;
FRED DURST, individually; JOHN OTTO,
individually; SAM RIVERS, individually;
WESLEY BORLAND, individually; ZOMBA
ENTERPRISES, INC., a New York corporation;
BMG MUSIC, a New York general partnership;
FLIP RECORDS, INCORPORATED, a Delaware
corporation; and MOJO RECORDS, L.L.C., a
California limited liability company,

Defendants
_____/

## ORDER OF DISMISSAL

The Court has been advised by counsel that the above-styled action has been settled. Accordingly, pursuant to Rule 3.08(b), Local Rules, M.D.Fla., it is hereby **ORDERED AND ADJUDGED** that this cause be and the same is hereby **DISMISSED without prejudice**, with the right of the parties, within thirty (30) days of the date hereof, to submit a stipulated form of final order should they so choose **or**, *provided good cause is shown*, for any party to move to reopen the action. After that 30-day period, however, without further notice or order, this dismissal shall be deemed *with prejudice*.

It is **FURTHER ORDERED** that all pending motions, if any, are **DENIED as moot**, and the Clerk of Court is **directed** to close this file.

**DONE AND ORDERED**, at Jacksonville, Florida, this 2nd day of March, 2000.

RALPH W. NIMMONS, JR.
UNITED STATES DISTRICT JUDGE

Copies to: Counsel of Record
Denise Seymour, Courtroom Deputy Clerk
Margaret Costa, CLA - Judicial Assistant
Law Clerk

AO 72A
(Rev.8/82)